# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON K. ECHOLS, | NO. CV 10-03935 SJO (SHx) |
| Petitioner, | **JUDGMENT IN FAVOR OF RESPONDENT** |
| v. | |
| UNITED STATES NAVY and DOES 1-10, | |
| Respondent. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Respondent United States Navy's ("Respondent") Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Motion").

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Respondent is entitled to judgment as a matter of law. The Court grants Respondent's Motion against Petitioner Aaron K. Echols ("Petitioner"), who appeared *in propria persona*.

///

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
2  and hereby is, entered in favor of Respondent United States Navy as to all claims.
3  IT IS SO ADJUDGED.

5  Dated: January 26, 2011.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2